

Michael T. Wharton
Admitted in MD/DC
mtw@whartonlevin.com

May 11, 2026

The Honorable Matthew J. Maddox
United States District Court
101 West Lombard Street
Chambers 5C
Baltimore, MD 21201

RE:    ***Braun, et al. v. Amazon.com, Inc.***
      **Civil No: 1:25-cv-02356-MJM**

Dear Judge Maddox:

The undersigned represents the Amazon Defendants in this matter. Plaintiffs are represented by Bob Michael. By paperless Order dated March 24, 2026, the Court extended the stay in this case to June 8, 2026. The Court also directed that the Parties file either a Notice of Dismissal or Joint Status Report no later than May 14, 2026.

By way of background, on October 16, 2025 the Parties jointly requested that the Court stay this matter so that the Parties might engage in expedited informal discovery and mediation. By paperless Order dated October 22, 2025, the Court granted the Parties' joint request and extended the stay until April 24, 2026.

On March 23, 2026, the Parties reported that informal discovery was essentially complete, but that the mediation was not scheduled until May 7, 2026. The Parties therefore jointly asked the Court to extend the stay, which the Court has done. The present stay expires on June 8, 2026.

Because of a conflict with the mediator's schedule, the mediation has again been rescheduled to June 4, 2026. The Parties have in fact commenced settlement negotiations without the benefit of a mediator, and they are progressing.

Should the case be resolved on or before June 4, 2026, the Parties expect that it will take approximately 45 days to consummate the settlement, for a variety of reasons. Accordingly, the Parties jointly request that the Court extend the stay up through and including July 17, 2026.

Mr. Michael has seen this letter and agrees with its content.

Yours truly,

*/s/ Michael T. Wharton*
Michael T. Wharton

MTW/wmf
Cc: To All Counsel of Record via CM/ECF